UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM N. BUTLER, et al          *

    Plaintiffs,                  *

v.                                *    Case No. WMN 97-3104

BALTIMORE COUNTY, MARYLAND        *

    Defendant.                   *

## ORDER GRANTING SECOND JOINT MOTION
## TO AMEND THE COURT'S SCHEDULING ORDER

Upon consideration of the parties' Second Joint Motion To Amend The Court's Scheduling Order, this Court hereby grants the parties' request to amend the following deadlines in Section I of the Court's Amended Scheduling Order, dated August 3rd, 1999:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | April 24, 2000 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | May 15, 2000 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 12, 2000 |
| Discovery deadline: submission of a status report | July 10, 2000 |
| Requests for admission | July 17, 2000 |
| Dispositive pretrial motions deadline | August 10, 2000 |

The parties understand that all other terms and conditions of the Court's Scheduling Order will remain in effect in this proceeding.

DATED: _December 22_, 1999

_____
William M. Nickerson
United States District Judge

cc:  Lawrence A. Melfa, Esquire
Howard, Butler & Melfa, P.A.
401 Allegheny Avenue
Towson, Maryland 21204

Wm. Roger Truitt, Esquire
Paul D. Ackerman, Esquire
Piper, Marbury, Rudnick & Wolfe, L.L.P.
36 South Charles Street
Baltimore, Maryland 21201