MICROFILMED
APR 28 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM N. BUTLER, <u>et al.</u> | : |
| v. | : Civil Action WMN-97-3104 |
| BALTIMORE COUNTY, MD | : |

### ORDER

Before the Court is the parties' Third Joint Motion to Amend the Court's Scheduling Order. The parties indicate that additional time is needed to permit them to resolve most, if not all, of the technical remediation issues involved in this case.

Accordingly, IT IS this 28th day of April, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That all scheduling is hereby stayed and that this case is ADMINISTRATIVELY CLOSED with the right of either party to move to reopen for good cause shown within six months from the date of this Order; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge

____FILED     ____ENTERED
____LODGED    ____RECEIVED

APR 28 2000

CLERK U.S. COURT
DISTRICT OF MARYLAND
BY                    DEPUTY